**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7709**

———————

HERMAN C. NEWMAN,

　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

RONALD ANGELONE, Director, Virginia Department
of Corrections,

　　　　　　　　　　　　　　　　Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-98-941-AM)

———————

Submitted:  February 11, 1999　　Decided:  February 25, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Herman C. Newman, Appellant Pro Se.  Jeffrey Scott Shapiro, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herman C. Newman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Newman v. Angelone, No. CA-98-941-AM (E.D. Va. Oct. 27, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The order from which Newman appeals was filed on October 26, 1998, and entered on the district court's docket sheet on October 27, 1998. In accordance with Fed. R. Civ. P. 58 and 79(a), October 27, 1998 is therefore the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2